

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Estate of Peggy Elaine Jaynes, Deceased

No. 06-22-00009-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 42899CCL; 20C1504-CCL). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that costs shall be borne by the party incurring same.

RENDERED MARCH 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk